IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV396-01-MU

| | |
|---|---|
| BRIAN ALVIN ROBINSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DOUG MITCHELL, )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon its own motion.

On January 9, 2007, the Court denied Petitioner's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> and ordered Petitioner to pay the five dollar filing fee required for filing a federal habeas petition. It has come to the Court's attention that Petitioner has already paid his filing fee.

**IT IS, THEREFORE, ORDERED that:**

1. the Clerk shall vacate the Court's January 9, 2007, order directing Petitioner to pay the five dollar filing fee required for filing his federal habeas petition; and

2. Petitioner's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> is **DENIED** as moot.

Signed: January 11, 2007

Graham C. Mullen
United States District Judge