# United States District Court
# For The Western District of North Carolina
# Asheville Division

Brian Alvin Robinson,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　1:06cv396

Doug Mitchell,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/28/07 Order.


February 28, 2007　　　　　　　　　　　FRANK G. JOHNS, CLERK

　　　　　　　　　　　　　　　　　　BY: s/Joan Gosnell
　　　　　　　　　　　　　　　　　　Joan Gosnell, Deputy Clerk